# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**LORENA L. KRAGERUD,**                     **3:12-CV-00318-JE**

                                                          **JUDGMENT**

                    **Plaintiff,**

          **v.**

**CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,**

                    **Defendant.**

Based on the Court's Opinion and Order (#36) issued August 12, 2013, the

Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

Dated this 14th day of August, 2013.

                                        __ /s/ Anna J. Brown_____
                                        ANNA J. BROWN
                                        United States District Judge

JUDGMENT