# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LORENA L. KRAGERUD,** | 3:12-CV-00318-JE |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

Based on the Court's Opinion and Order (#36) issued August 12, 2013, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

Dated this 14th day of August, 2013.

    /s/ Anna J. Brown
ANNA J. BROWN
United States District Judge

JUDGMENT